CHRISTOPHER M. HOGUE, WSBA #48041
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane WA 99201
(509) 315-8390 Telephone
chris@spokaneadvocate.com
*Attorney for Plaintiff*

KIRK D. MILLER, WSBA #40025
Kirk D. Miller, PS
421 W. Riverside Avenue, Ste. 660
Spokane, WA 99201
(509) 413-1494 Telephone
(509) 413-1724 Facsimile
kmiller@millerlawspokane.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY STEPHENS, an individual, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas reciprocal inter-insurance exchange; and CCC INFORMATION SERVICES, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:20-cv-00097-TOR<br><br>**NOTICE OF RECENT SUPPLEMENTAL RULING** |

NOTICE OF RECENT
SUPPLEMENTAL RULING - Page 1

On June 1, 2020, Hon. Barbara Jacobs Rothstein of the Western District of Washington Federal Court issued the attached ruling in *Stanikzy v. Progressive Direct Insurance Company*, 2:20-cv-118-BJR which analyzes and denies an insurer's motion to compel appraisal under facts similar to the case at bar. Judge Rothstein's Order is attached hereto.

*Hogue Law Firm*

s/Chris Hogue
Chris Hogue, WSBA #48041
Attorney for Plaintiff

*Kirk D. Miller, P.S.*

s/Kirk D. Miller
Kirk D. Miller, WSBA #40025
Attorney for Plaintiff

*Cameron Sutherland, PLLC*

s/Brian G. Cameron
Brian G. Cameron, WSBA #44905
Attorney for Plaintiff

NOTICE OF RECENT
SUPPLEMENTAL RULING - Page 2

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2020 I electronically filed the foregoing PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTIONS TO COMPEL APPRAISAL AND STAY THE CASE with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following:

| | |
|---|---|
| jmorrison@bakerlaw.com<br>Attorney for Defendant USAA | James R. Morrison |
| reckelberry@bakerlaw.com<br>Attorney for Defendant USAA | Rodger L. Eckelberry |
| alin@bakerlaw.com<br>Attorney for Defendant USAA | Albert G. Lin |
| awiltrout@bakerlaw.com<br>Attorney for Defendant USAA | Andrea C. Wiltrout |
| mdrocton@bakerlaw.com<br>Attorney for Defendant USAA | Mathew G. Drocton |
| kathleen.lally@lw.com<br>Attorney for Defendant CCC | Kathleen P. Lally |
| marguerite.sullivan@lw.com<br>Attorney for Defendant CCC | Marguerite M. Sullivan |
| emily.halter@lw.com<br>Attorney for Defendant CCC | Emily M. Halter |
| jason.burt@lw.com<br>Attorney for Defendant CCC | Jason R. Burt |

NOTICE OF RECENT SUPPLEMENTAL RULING - Page 3

| | | |
|---|---|---|
| 1 | george.chipev@lw.com<br>Attorney for Defendant CCC | George C. Chipev |
| 2 | | |
| 3 | KOSullivan@perkinscoie.com<br>Attorney for Defendant CCC | Kathleen M. O'Sullivan |

*s/ Teri A. Bracken*
Teri A. Bracken, Paralegal

NOTICE OF RECENT SUPPLEMENTAL RULING - Page 4